UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| BRIDGET A. WARNE, individually and on behalf of all similarly situated, | Case No. 1:26-cv-00424 |
| | Hon. S. Kato Crews |
| Plaintiff, | |
| v. | Mag. Maritza Dominguez Braswell |
| UNITED WHOLESALE MORTGAGE, LLC, | |
| Defendant. | |

**DECLARATION OF SARAH DECIANTIS**

I, Sarah DeCiantis, declare as follows:

1.      I am the Chief Marketing Officer for United Wholesale Mortgage, LLC ("UWM"). In this position, I lead all marketing, advertising, and external and internal communications efforts for the company.

2.      I am over the age of 18 and under no legal disability. I make this declaration based on my personal knowledge and my review of business records maintained by UWM in the ordinary course of business.

3.      I have reviewed the Complaint filed by Plaintiff Bridget A. Warne against UWM in the above-referenced matter. My understanding is that the Complaint relates to calls that allegedly promoted UWM's mortgage loan products placed between September 2025 and December 2025, to the phone number (719) ███-0834 ("Phone Number"). The Complaint alleges that the Phone Number belongs to

Plaintiff; however, the callers allegedly asked to speak with "Andrew or, sometimes, Mr. or Mrs. Maler."

4.     I have reviewed UWM's business records to determine whether UWM has issued any mortgages or other loan products to Plaintiff Bridget A. Warne or someone named Andrew Maler or Mrs. Maler. Based on this review, I have confirmed that, according to UWM's existing business records, none of these individuals— Bridget A. Warne, Andrew Maler, or Mrs. Maler—is or has ever been a borrower on a UWM mortgage loan. In fact, UWM's business records contain no record of any customer with the last name "Maler."

5.     I have also confirmed that UWM did not provide the Phone Number to any broker and did not direct any brokerage business or individual broker to call the Phone Number to promote UWM's mortgage products.

6.     The Complaint alleges that on or about November 7, 2025, Plaintiff sent a letter to UWM (the "Plaintiff's Letter"). A true and correct copy of Plaintiff's Letter dated November 7, 2025, redacted to remove the substance of Plaintiff's settlement communications, is attached as **Exhibit A** to my Declaration.

7.     UWM was not aware of any calls placed to Plaintiff or the Phone Number until it received Plaintiff's Letter. However, even after receiving Plaintiff's Letter, UWM could not identify the callers because the Letter does not provide sufficient information for UWM to determine which independent mortgage broker within UWM's vast network of brokers placed the calls. Regardless, UWM did not

2

issue any mortgage loan or sell any other financial product to Bridget A. Warne, Andrew Maler, Mrs. Maler, or any other person with the last name "Maler."

8. During the time period at issue in the Complaint (2025), UWM employees did not make any phone calls or send any text messages offering UWM mortgage loan products directly to consumers, whether in Michigan, Colorado, or any other location.

9. During the period of time at issue in the Complaint (2025), UWM did not use spoofed numbers to place calls to offer UWM mortgage loan products to consumers.

10. During the period of time at issue in the Complaint (2025), UWM did not approve use of UWM's name in any marketing activity directed at Colorado residents as required under UWM's Broker Agreement.

11. UWM has no record of making calls to the Phone Number. UWM does not have any record of making calls intended for Plaintiff Bridget A. Warne or third parties Andrew Maler, Mrs. Maler or any other person with the last name "Maler."

12. UWM serves only the "wholesale" segment of the mortgage industry. Unlike "retail" lenders, UWM does not market its mortgage products directly to consumers. Instead, UWM markets its products to its independent mortgage broker clients, who in turn market the mortgage products of UWM and other lenders to consumers.

13. UWM maintains non-exclusive business relationships with more than 13,000 independent mortgage brokerages comprising over 57,000 independent loan officers. UWM does not, and cannot, monitor or control on a day-to-day basis the calls made by its broker clients or their loan officers.

14. UWM has no control over its clients' lead sourcing and consumer communications. UMW's broker clients work with lenders other than UWM, and they are not UWM's employees, agents, or authorized telemarketers.

15. A true and correct copy of the UWM's Broker Agreement in use during 2025, which every mortgage brokerage must execute as a condition of conducting business with UWM, is attached hereto as **Exhibit B**.

16. UWM did not authorize, instruct, or provide approval to any broker or vendor to place phone calls to Plaintiff Bridget A. Warne or third parties Andrew Maler, Mrs. Maler or any other individual with the last name "Maler" throughout 2025. Nor did UWM authorize, instruct, or provide approval to any broker or vendor to place marketing phone calls to the Phone Number throughout 2025.

17. UWM did not authorize any broker or vendor to use UWM's name or to represent themselves as a UWM employee, representative, or agent in any calls or other communications directed to the Phone Number, to Plaintiff Bridget A. Warne, or to third parties Andrew Maler, Mrs. Maler, or any other individual with the last name "Maler."

4

18.     UWM maintains its principal place of business in Pontiac, Michigan, and is organized under the laws of the State of Michigan. The vast majority of UWM's employees are based in Michigan. UWM maintains no offices, employees, bank accounts, or financial investments in Colorado.

19.     To the extent any UWM loan products are marketed in Colorado to consumers, those efforts are undertaken entirely by independent mortgage broker clients.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the ___3/31/2026___ day of March, 2026.

Signed by:

*Sarah DeCiantis*
7731CAE6019F4ED...

Sarah DeCiantis

5